## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **PROJECT VERITAS,** *Plaintiff*, v. **CABLE NEWS NETWORK, INC.,** *Defendant*. | Case No. _____ **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** |

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

None.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

(3)  The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for Plaintiff Project Veritas in this proceeding:

>Douglas Chalmers, Jr. (GA Bar #118742)
>Heather Wagner (GA Bar # 962353)
>CHALMERS & ADAMS LLC
>5805 State Bridge Road #G77
>Johns Creek, GA 30097
>
>Harmeet K. Dhillon (*pro hac vice* forthcoming)
>Ronald D. Coleman (*pro hac vice* forthcoming)
>Karin M. Sweigart (*pro hac vice* forthcoming)
>DHILLON LAW GROUP INC.
>256 5th Ave., 4th Floor
>New York, NY 10001

Respectfully submitted,

Date: April 26, 2021         */s/ Douglas Chalmers, Jr.*

**CHALMERS & ADAMS LLC**
Douglas Chalmers, Jr. (GA Bar #118742)
Heather Wagner (GA Bar # 962353)
5805 State Bridge Road #G77
Johns Creek, GA 30097
Phone: (770) 630-5927
Fax: (866) 716-6089

**DHILLON LAW GROUP INC.**
Harmeet K. Dhillon (*pro hac vice* forthcoming*)*
Ronald D. Coleman (*pro hac vice* forthcoming*)*
Karin M. Sweigart (*pro hac vice* forthcoming*)*
256 5th Ave., 4th Floor
New York, NY 10001
(347) 996-4840

*Attorneys for Plaintiff*
*Project Veritas*