UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF GEORGIA

**PROJECT VERITAS**

Plaintiff/Petitioner

vs.

**CABLE NEWS NETWORK, INC**

Defendant/Respondent

Case No.: **1:21-CV-1722**

AFFIDAVIT OF SERVICE OF **SUMMONS; COMPLAINT; CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Received by **Marsha Lausman**, on the **28th day of April, 2021 at 9:30 PM** to be served upon **Cable News Network, Inc. c/o CT Corporation Systems, Registered Agent** at **289 Culver St S, Lawrenceville, Gwinnett County, GA 30046**.
On the **29th day of April, 2021 at 12:54 PM**, I, Marsha Lausman, SERVED Cable News Network, Inc. c/o CT Corporation Systems, Registered Agent at 289 Culver St S, Lawrenceville, Gwinnett County, GA 30046 in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **CT Corporation Systems, Registered Agent**, on behalf of said Corporation.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **Who accepted service in accordance with social distancing requirements (placed the documents in a clearly visible place at least six feet away from the subject and advised the subject to retrieve them after stepping away), with identity confirmed by subject saying yes when named, a blonde-haired white female approx. 55-65 years of age, 5'8"-5'10" tall and weighing 180-200 lbs with glasses.** Jayne Richardson, SOP

Service Fee Total: **$150.00**

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: _Marsha Lausman_     N/A  /4/     APR 29 2021
       Marsha Lausman      Server ID #   Date

Notary Public: Subscribed and sworn before me on this _____ day of APR 29 2021 _____ in the year of 20__
Personally known to me __X__ or _____ identified by the following document:

Number/Reference:_____
Type:_____
Notary Public for State of:_____
Commission Expiration:_____

_Dana Faulkner_
Notary Public (Legal Signature)

(Seal: DANA FAULKNER, NOTARY, EXPIRES GEORGIA 10/18/2024, GWINNETT COUNTY, PUBLIC)


REF: **REF-7950855**

Page 1 of 1
Tracking #: **0069177996**