# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **PROJECT VERITAS,** | |
| Plaintiff, | |
| v. | 1:21-cv-1722-AT |
| **CABLE NEWS NETWORK, INC.,** | |
| Defendant. | |

## ORDER

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The Clerk is directed not to substitute another case for this action.

**SO ORDERED** this 7th day of May, 2021.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**