IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PROJECT VERITAS,<br><br>  Plaintiff,<br><br>v.<br><br>CABLE NEWS NETWORK, INC.,<br><br>  Defendant. | Civil Action No.<br>1:21-cv-01722-SCJ |

**MOTION TO DISMISS**

Defendant Cable News Network, Inc. ("CNN") hereby moves to dismiss with prejudice the defamation Complaint filed by Project Veritas ("PV") pursuant to Fed. R. Civ. P. 12(b)(6). A brief supporting this Motion to Dismiss ("Supporting Brief") is filed herewith. L.R. 7.1, N.D.Ga.

At issue in this case is CNN commentary that reported that Twitter suspended PV's account because PV violated Twitter's policies during a time other social media companies were "cracking down" by enforcing policies against accounts that promoted "misinformation," citing PV's ban as an example of the crackdown. PV claims the commentary defamed it by implying the ban was for spreading "misinformation," while Twitter stated the ban

1

was due to "repeated violations of Twitter's policies prohibiting the sharing – or threats of sharing – of other people's private information without consent."

As further discussed in the Supporting Brief, the Complaint must be dismissed with prejudice because:

1. CNN's commentary is both substantially true (under New York law) and not materially false (under federal constitutional law): Twitter did "crackdown" on PV by enforcing its rules, PV was permanently suspended, and the suspension occurred amid a broader crackdown by social media on users promoting misinformation. PV does not contend *any* of these details are false. Instead, PV's entire theory of defamation is that the commentary implicitly suggests Twitter banned PV for misinformation rather than for violations of a separate policy. New York law, the First Amendment, and Rule 12 do not permit a defamation claim to proceed on such a hairsplitting distinction, as this detail is insubstantial and immaterial to the broader gist, sting, and substance of the commentary, does not change its meaning, and therefore PV cannot establish both substantial and material falsity; and

    A second, independent reason for dismissing the Complaint is:

2. The Complaint does not and cannot plausibly allege CNN acted with the constitutionally-required "actual malice," as the Complaint does not and cannot plausibly allege the commentary was known by CNN to be false or made with reckless disregard of the truth.

The First Amendment requires that news media organizations such as CNN have ample "breathing space" to "ensure robust reporting on public figures and events." *Michel v. NYP Holdings, Inc.*, 816 F.3d 686, 702 (11th Cir. 2016). As stated by the Eleventh Circuit in *Michel* in discussing application of the actual malice requirement:

> [T]here is a powerful interest in ensuring that free speech is not unduly burdened by the necessity of defending against expensive yet groundless litigation … Forcing publishers to defend inappropriate suits through expensive discovery proceedings in all cases would constrict that breathing space in exactly the manner the actual malice standard was intended to prevent. The costs and efforts required to defend a lawsuit through that stage of litigation could chill free speech nearly as effectively as the absence of the actual malice standard altogether.

*Id.*

The Complaint should be dismissed with prejudice.

Respectfully submitted this 15th day of June, 2021.

*/s/ Eric. P. Schroeder*

BRYAN CAVE LEIGHTON PAISNER LLP
Eric P. Schroeder (Ga. Bar 629880)

3

Brian M. Underwood, Jr. (Ga. Bar 804091)
One Atlantic Center, 14th Floor
1201 West Peachtree Street, NW
Atlanta, Georgia 30309
Telephone:   404-572-6600
Facsimile:   404-572-6999
eric.schroeder@bclplaw.com
brian.underwood@bclplaw.com

*Counsel for Defendant Cable News Network, Inc.*

## Local Rule 7.1(D) Certification of Compliance

I hereby certify that the foregoing pleading has been prepared with Century Schoolbook font, 13 point, one of the font and point selections approved by the Court in L.R. 5.1, N.D. Ga.

This 15th day of June, 2021.

>   */s/ Eric P. Schroeder*
>   Eric P. Schroeder
>   Ga. Bar 629880

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send email notification of such filing to all counsel of record.

This 15th day of June, 2021.

>   */s/ Eric P. Schroeder*
>   Eric P. Schroeder
>   Ga. Bar 629880