IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PROJECT VERITAS,

     Plaintiff,

v.

CABLE NEWS NETWORK, INC.,

     Defendant.

Civil Action No.

1:21-cv-01722-SCJ

**NOTICE OF MANUAL FILING EXHIBIT TO DEFENDANT CABLE NEWS NETWORK, INC.'S MOTION TO DISMISS**

Please take notice that Defendant Cable News Network, Inc. ("CNN") has manually filed with the Clerk of this Court the following:

    1.    A CD-ROM containing a true and correct copy of the video segment of "CNN Newsroom", referenced as Exhibit 4 to Exhibit A, Declaration of Eric P. Schroeder, attached to CNN's Motion to Dismiss.

    The CD-ROM has been served on all parties.

    Respectfully submitted this 15th day of June, 2021.

                                        */s/ Eric P. Schroeder*
                                        Eric P. Schroeder (Ga. Bar 629880)
                                        Brian M. Underwood, Jr. (Ga. Bar 804091)
                                        BRYAN CAVE LEIGHTON PAISNER LLP
                                        One Atlantic Center, 14th Floor

1201 West Peachtree Street, NW
Atlanta, Georgia 30309
Telephone:    404-572-6600
Facsimile:    404-572-6999
eric.schroeder@bclplaw.com
brian.underwood@bclplaw.com

Attorneys for Cable News Network, Inc.

**Local Rule 7.1(D) Certification of Compliance**

I hereby certify that the foregoing pleading has been prepared with

Century Schoolbook font, 13 point, one of the font and point selections

approved by the Court in L.R. 5.1, N.D. Ga.

This 15th day of June, 2021.


*/s/ Eric P. Schroeder*
Eric P. Schroeder

**Certificate of Service**

I hereby certify that, on this date, I electronically filed the foregoing with

the Clerk of Court using the CM/ECF system which will send email notification

of such filing to all counsel of record.

This 15th day of June, 2021.


*/s/Eric P. Schroeder*
Eric P. Schroeder