IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PROJECT VERITAS,<br><br>     Plaintiff,<br><br>v.<br><br>CABLE NEWS NETWORK, INC.,<br><br>     Defendant. | Civil Action No.<br>1:21-cv-01722-SCJ |

## ORDER

For good cause shown, it is hereby ORDERED that the Parties' Joint Motion to Continue Case Planning Deadlines (Doc. No. [24]) is GRANTED. The deadlines stated in Fed. R. Civ. P. 26, and Local Rules 16 and 26, NDGa, shall commence upon, and shall be calculated from, the entry of an order resolving the pending Motion to Dismiss.

DONE and ORDERED this 22nd day of July, 2021.

_____
Hon. Steve C. Jones
District Court Judge, N.D. Ga.

{00109265;1}