**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| PROJECT VERITAS,<br><br>    Plaintiff,<br><br>vs.<br><br>CABLE NEWS NETWORK, INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-CV-1722-SCJ |

## J U D G M E N T

This action having come before the Court, Honorable Steve C. Jones, United States District Judge, for consideration of Defendant's Motion to Dismiss, and the Court having granted said motion, it is

**Ordered and Adjudged** that this action be, and the same hereby, is **dismissed with prejudice**.

Dated at Atlanta, Georgia, this 18th day of March, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By: *s/D. McGoldrick*
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 18, 2022
Kevin P. Weimer
Clerk of Court

By: *s/D. McGoldrick*
Deputy Clerk