UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PROJECT VERITAS,<br><br>            Plaintiff,<br><br>v.<br><br>CABLE NEWS NETWORK, INC.,<br><br>            Defendant. | Case No. 1:21-cv-01722-SCJ |

## **NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Plaintiff Project Veritas hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this action on March 18, 2022 [ECF No. 28] ("Final Judgment"), granting Defendant Cable News Network, Inc.'s Motion to Dismiss filed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

In appealing from the Final Judgment, Plaintiff appeals from any and all orders antecedent and ancillary thereto, including this Court's March 17, 2022 Order granting Defendant Cable News Network, Inc.'s Motion to Dismiss filed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure [ECF No. 27], and any and all interlocutory judgments, decrees, decisions, rulings, verdicts, and opinions that merged into and became part of the Final Judgment, that are related to the Final Judgment, and upon which the Final Judgment is based.

Dated: April 12, 2022	/s/ Douglas Chalmers, Jr.

Douglas Chalmers, Jr. (GA Bar # 118742)
**CHALMERS & ADAMS LLC**
5805 State Bridge Road #G77
Johns Creek, GA 30097
Phone: (770) 630-5927
Fax: (866) 716-6089


**DHILLON LAW GROUP INC.**
Harmeet K. Dhillon (*pro hac vice*)
Ronald D. Coleman (*pro hac vice*)
Karin M. Sweigart (*pro hac vice)*
177 Post Street, Suite 700
San Francisco, CA 94108
Phone: (415) 433-1700
Fax: (415) 520-6593


*Attorneys for Plaintiff Project Veritas*

## **CERTIFICATION OF COMPLIANCE PER LOCAL RULE 7.1(D)**

I hereby certify that the foregoing has been prepared with Times New Roman, 14-point font in accordance with Local Rule 5.1, N.D. Ga.

This 12th day of April 2022.

*/s/ Douglas Chalmers, Jr.*
Douglas Chalmers, Jr.
*Attorney for Plaintiff Project Veritas*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 12, 2022, I electronically filed the foregoing Notice of Appeal with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to all counsel of record.

                                   */s/ Douglas Chalmers, Jr.*
                                   Douglas Chalmers, Jr.
                                   *Attorney for Plaintiff Project Veritas*